Case 1:19-cv-10316-GBD   Document 13   Filed 12/11/19   Page 1 of 1

# MCLAUGHLIN & STERN LLP
FOUNDED 1898

**JACQUELINE C. GERRALD**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 12 2019

December 11, 2019

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 12 2019

*Via ECF*
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Kreisler v. 3rd and 60th Associates Sub LLC et al.*,
Case No. 1:19-cv-10316

Dear Judge Daniels:

This firm represents Defendant Dylan's Candybar, LLC ("Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rule II.C, to request an order extending Defendant's time to answer or otherwise respond to the Complaint in this action. Upon information and belief, the deadline to answer or otherwise respond is December 4, 2019.

We respectfully request until January 10, 2020 to respond to the Complaint. No previous requests have been made and Plaintiff's counsel consents to the relief requested.

We hereby consent to electronic service of all documents per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Jacqueline C. Gerrald
Jacqueline C. Gerrald

cc: All Counsel of Record (Via ECF)

{N0089914 2}