# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

JACQUELINE C. GERRALD
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 6 2020

March 13, 2020

*Via ECF*
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 1 6 2020

Re: *Kreisler v. 3rd and 60th Associates Sub LLC et al.*,
Case No. 1:19-cv-10316

Dear Judge Daniels:

This firm represents Defendant Dylan's Candybar, LLC ("Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules to request a thirty (30) day adjournment of the status conference currently scheduled for March 17, 2020 at 9:45 AM.

This request for an adjournment is being made with the consent of Herrick Feinstein LLP, counsel for defendant, 3rd and 60th Associates Sub LLC, and is the first request for an adjournment. I have been trying to reach the attorneys for the plaintiff, Parker Hanski LLC, several times this week to see whether or not they also consent, but have been unable to get a response from any of the attorneys at the firm. The reason why this request is being made is to afford the parties time to engage in settlement discussions.

In addition, counsel for the defendants, 3rd and 60th Associates Sub LLC and Dylan's Candybar, LLC, respectfully request that the matter be considered for Mediation/ADR.

Respectfully submitted,

/s/ Jacqueline C. Gerrald
Jacqueline C. Gerrald

cc: All Counsel of Record (Via ECF)

{N0130038.1}