UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TODD KREISLER,

          Plaintiff,

  -against-

3RD AND 60TH ASSOCIATES SUB LLC et al.,

         Defendants.

------------------------------------- x

ORDER

19 Civ. 10316 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 26 2020

GEORGE B. DANIELS, United States District Judge:

  The April 21, 2020 conference is adjourned to June 23, 2020 at 9:45 a.m.

Dated: New York, New York
   March 24, 2020

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge