UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

TODD KREISLER,

                        Plaintiff,

     -against-

3RD AND 60TH ASSOCIATES SUB LLC et al.,

                     Defendants.

------------------------------------x

ORDER

19 Civ. 10316 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 8 2020

GEORGE B. DANIELS, United States District Judge:

    The June 23, 2020 conference is adjourned to October 6, 2020 at 9:45 a.m.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge