```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD KREISLER,

                              Plaintiff,

                -against-

3RD AND 60TH ASSOCIATES SUB LLC and
DYLAN'S CANDYBAR, LLC,

                              Defendants.

-----------------------------------------------------------------X

19CV10316 (GBD) (KHP)

**ORDER SCHEDULING TELEPHONIC
DISCOVERY CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement: ECF #32) and Specific Non-Dispositive Motion/Dispute: Letter Motion for Local Rule 37.2 Conference (ECF #31).  A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday, September 10, 2020 at 11:15 a.m.**  Counsel is directed to call into the court conference line at the scheduled time.  **Please dial (866) 434-5269 Code: 4858267.**

      **SO ORDERED.**

Dated: New York, New York
       August 14, 2020

                                                                    _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge