UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TODD KREISLER,

                             Plaintiff,                        ORDER

        -against-                                    19 Civ. 10316 (GBD)

3RD AND 60TH ASSOCIATES SUB LLC et al.,

                             Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    The September 8, 2020 conference is canceled.

    The October 6, 2020 conference is adjourned to October 27, 2020 at 9:45 a.m.

Dated: New York, New York
       August 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE