# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

October 20, 2020

<u>Via ECF</u>
The Honorable John Peter Cronan
United States District Judge
Southern District of New York

     **Re:**    *Todd Kreisler v. 3rd and 60th Associates Sub LLC and Dylan's Candybar, LLC*

           **<u>Docket No. 1:19-cv-10316 (JPC)(KHP)</u>**

Dear Judge Cronan:

     We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to extend the deadline for the parties to submit a joint status letter from October 20, 2020 to November 3, 2020. The reason for this request is because the parties require the additional time in order to prepare this joint status letter.  This is the first application to extend the deadline and defendant Dylan's Candybar, LLC consents. Plaintiff has not received a response yet as to the consent of defendant 3rd and 60th Associates Sub LLC.  Thank you for your time and attention to this matter.  With kindest regards, I am

                                     very truly yours,

                                     /s/
                                 Glen H. Parker, Esq.

Plaintiff's request is GRANTED.  It is hereby ORDERED that the parties shall have until November 3, 2020 to file the joint status letter.  (*See* Dkt. 38.)

The parties are reminded that pursuant to 3.B of the Court's Individual Rules and Practices in Civil Cases, absent compelling circumstances, any requests for extensions of time must be made 48 hours prior to the scheduled deadline.  Any further requests shall provide specific details regarding the reason(s) for the request.

SO ORDERD.

Date:  October 20, 2020
        New York, New York

                                 _____
                                 JOHN P. CRONAN
                               United States District Judge