# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

November 13, 2020

Via ECF
The Honorable John Peter Cronan
United States District Judge
Southern District of New York

**MEMO ENDORSED**

    **Re:**   *Todd Kreisler v. 3rd and 60th Associates Sub LLC and Dylan's Candybar, LLC*

        **Docket No. 1:19-cv-10316 (JPC)(KHP)**

Dear Judge Cronan:

    We represent the plaintiff in the above-entitled action.  On behalf of all the parties, we write to respectfully ask the Court to adjourn the December 10, 2020 conference to the following week or to another date convenient to the Court.  The reason for this request is because December 10, 2020 was the earliest date when all the parties were able to schedule plaintiff's expert inspection in order for plaintiff to provide his expert report by the December 30, 2020.  This is the first application to adjourn this conference and this adjournment does not impact any deadlines in this case.  Thank you for your time and attention to this matter.  With kindest regards, I am

                very truly yours,

                /s/
              Glen H. Parker, Esq.

---

**The telephonic Status Conference scheduled for Thursday, December 10, 2020 at 12:30 p.m. is hereby rescheduled to <u>Thursday, January 21, 2021 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  <u>Please dial (866) 434-5269, Access code: 4858267.</u>**

SO ORDERED:

*Katharine H. Parker* (signature)

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
11/16/2020