USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2020

# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**JACQUELINE C. GERRALD**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GARDEN CITY, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

December 29, 2020

*Via ECF*
Hon. Katherine Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*Katherine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
12/30/2020

Re:    *Kreisler v. 3rd and 60th Associates Sub LLC et al.,* Case No. 1:19-cv-10316

Dear Judge Parker:

This firm represents Defendant Dylan's CandyBar, LLC in the above-referenced matter. Plaintiff Todd Kreisler is represented by Parker Hanksi, LLC and Defendant 3rd and 60th Associates Sub LLC is represented by Herrick, Feinstein LLP. We write this letter as a joint request for an order extending the deadlines as follows:

- the parties to respond to the first set of interrogatories and first request for documents served, on or before January 30, 2021;
- Plaintiff to provide expert disclosure, on or before January 30, 2021; and,
- Defendants to provide expert disclosures, on or before February 27, 2021.

We jointly make this request because counsel for the parties have engaged in settlement discussions, plaintiff's expert has conducted an inspection of the subject premises earlier this month and we intend to continue settlement discussions with the hope that the matter is settled so that there will be no need for further litigation.   Therefore, we respectfully request that the Court grant this request for an extension.   Happy holidays and best wishes for the New Year.

Respectfully submitted,
/s/ Jacqueline C. Gerrald
Jacqueline C. Gerrald

cc: All Counsel of Record (Via ECF)