```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TODD KREISLER,

                                Plaintiff,                              19-CV-10316 (GBD) (KHP)

        -against-                                               **ORDER**

3RD AND 60TH ASSOCIATES SUB LLC and
DYLAN'S CANDYBAR, LLC,

                               Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the conference held before this Court on January 21, 2021, the parties are hereby ordered to provide the Court with a joint status letter by **February 26, 2021**.

      SO ORDERED.

Dated: New York, New York
          February 2, 2021

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge