USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TODD KREISLER,

                     Plaintiff,

     -against-

3RD AND 60TH ASSOCIATES SUB LLC and
DYLAN'S CANDYBAR, LLC,

                     Defendants.

----------------------------------------------------------------X

19CV10316 (GBD) (KHP)

ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Status Conference in this matter is hereby scheduled for **Monday, June 21, 2021 at 12:45 p.m.** Counsel is directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

      SO ORDERED.

Dated: New York, New York
       June 1, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge