USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

TODD KREISLER,

                            Plaintiff,                        **19CV10316 (JPC) (KHP)**

                -against-                         **ORDER SCHEDULING SETTLEMENT**
                                                                                                  **CONFERENCE**

3RD AND 60TH ASSOCIATES SUB LLC and
DYLAN'S CANDYBAR, LLC,

                            Defendants.

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Tuesday, August 3, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 27, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: New York, New York
       June 21, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge