# MCLAUGHLIN & STERN, LLP
FOUNDED 1898

**JACQUELINE C. GERRALD**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448–0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2021**

**MEMO ENDORSED**

July 30, 2021

*Via ECF*
Hon. Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Kreisler v. 3rd and 60th Associates Sub LLC et al.,*
Case No. 1:19-cv-10316

Dear Judge Parker:

This firm represents Defendant Dylan's Candybar, LLC ("Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules to request a thirty (30) day adjournment of the settlement conference currently scheduled for August 3, 2021 at 2:00 PM.

This request for an adjournment is being made with the consent of Parker Hanski, LLC, counsel for Plaintiff, Todd Kreisler. The reason why this request is being made is because the parties are in the midst of ongoing settlement discussions and hope to reach a resolution soon.

Respectfully submitted,

/s/ Jacqueline C. Gerrald
Jacqueline C. Gerrald

c: All Counsel of Record (Via ECF)

**APPLICATION GRANTED:** The **Settlement Conference in this matter scheduled for Tuesday, August 3, 2021 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, September 8, 2021 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>September 1, 2021 by 5:00 p.m.</u>**

**APPLICATION GRANTED**

07/31/2021

*Kathaine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.