```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TODD KREISLER,                                                         :
                                                                       :
                                Plaintiff,                             :
                                                                       :     19 Civ. 10316 (JPC) (KHP)
             -v-                                                       :
                                                                       :            ORDER
3RD AND 60TH ASSOCIATES SUB LLC and                                    :
DYLAN'S CANDY BAR, LLC,                                                :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 3, 2021, the parties submitted a joint status letter informing the Court that the parties reached a settlement in the case and that the parties "will submit a Stipulation of Dismissal once the settlement agreement has been fully executed." Dkt. 55. It has been nearly two months since the parties represented to the Court that they have settled this matter and the parties have not yet filed any stipulation of dismissal in this case. Accordingly, the parties are ordered to file a status letter by December 13, 2021 advising the Court regarding the parties' settlement. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of dismissal or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF Filing Event.

SO ORDERED.

Dated: November 29, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge