```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TODD KREISLER,                                                   :
                                                                 :
                                Plaintiff,                       :
                                                                 :         19 Civ. 10316 (JPC) (KHP)
                -v-                                              :
                                                                 :                  ORDER
3RD AND 60TH ASSOCIATES SUB LLC and                              :
DYLAN'S CANDY BAR, LLC,                                          :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 17, 2022, the Court directed Plaintiff and Defendant 3rd and 60th Associates Sub LLC to file a letter by April 15, 2022 regarding the status of settlement between these parties. Dkt. 68. The parties do not appear to have filed a status letter in accordance with the Court's April 15 order. Accordingly, it is hereby ORDERED that, by April 20, 2022, Plaintiff and Defendant 3rd and 60th Associates Sub LLC shall file a letter regarding the status of settlement. It is further ORDERED that the parties shall advise the Court as to what claims, if any, remain outstanding in this action and the status of those claims.

SO ORDERED.

Dated: April 18, 2022
       New York, New York

                                        _____
                                                  JOHN P. CRONAN
                                              United States District Judge